AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | | |
|---|---|---|
| United States of America<br>v.<br>James P. Reardon<br><br>_Defendant_ | )<br>)<br>)<br>)<br>)<br>) | Case No.<br><br>**4:19M 6165** |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_ James P. Reardon,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
Transmitting Threatening Communications via Interstate Commerce, 18 U.S.C. 875(c)

FILED SEP - 6 2019 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF OHIO YOUNGSTOWN

Date: 8-19-2019

_Issuing officer's signature_

City and state: Youngstown, Ohio

U.S. Magistrate Judge George J. Limbert
_Printed name and title_

### Return

This warrant was received on _(date)_ 8/19/2019, and the person was arrested on _(date)_ 9/6/2019
at _(city and state)_ Youngstown, OH.

Date: _____

_for FBI_
_Arresting officer's signature_

DUSM
_Printed name and title_