AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. 4:19- MJ-6165

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* __Logan Stewart__
was received by me on *(date)* __9/11/19__ .

☑ I served the subpoena by delivering a copy to the named person as follows:
__Personal Service at home residence__
on *(date)* __9/11/19__ ; or

☐ I returned the subpoena unexecuted because: ____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ __0__ .

My fees are $ __0__ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __9/11/19__

_____
Server's signature

__Ross T. Smith Esq.__
Printed name and title

__26 Market Street, Suite 610__
Server's address
__Youngstown, OH 44503__

Additional information regarding attempted service, etc:

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

United States of America )
v. )
James P. Reardon, Jr. ) Case No. 4:19-MJ-6165
_____ )
Defendant )

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Logan Stewart
110 Robinwood Dr.
New Middleton, OH

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: Thomas P. Lambros United States District Court | Courtroom No.: 242 |
|---|---|
| | Date and Time: Thursday, Sept. 12, 2019, at 9:00 a.m. |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date: 09/10/2019

SANDY OPACICH, CLERK OF COURT

_Anita Schenker_
Signature of Clerk or Deputy Clerk

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* James P. Reardon, Jr. , who requests this subpoena, are:

Ross T. Smith, Esq.
26 Market Street, Suite 610
Youngstown, OH 44503
(330) 261-1783    ross@rosssmithlaw.com