# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

## MINUTES OF CRIMINAL PROCEEDINGS
Held Before: Magistrate Judge George J. Limbert

| | |
|---|---|
| UNITED STATES OF AMERICA | DATE: September 12, 2019 |
| vs. | CASE NO.: 4:19M6165 |
| JAMES P. REARDON | TAPE NO.: |
| | CT REPORTER: George Staiduhar |
| | MAGISTRATE JUDGE GEORGE J. LIMBERT |

| | | |
|---|---|---|
| United States Attorney: | David M. Toepfer | |
| Attorney for Defendant: | Ross T. Smith & Edward A. Czopur (X) | Retained |
| | ( ) | CJA |
| | ( ) | Fed Public Defender |

PROCEEDINGS: Preliminary examination and detention hearing held on 9/12/2019; also present was U.S. Pretrial Services Officer Julie Gray; opening statements were waived; Thomas Donnelly, James Reardon, Judith Leone, and Logan Stewart were called as witnesses; the Government's Exhibits 1, 2, and 3 were admitted, without opposition from defendant's counsel; closing arguments were made; the Court took these matters under advisement; defendant was ordered detained and remanded to the custody of the U.S. Marshal, pending the Court's ruling.

| | |
|---|---|
| 1 hour 30 minutes | /s/Anita Schenker |
| Total Time | Courtroom Deputy Clerk |