

GOVERNMENT EXHIBIT 1 4:19M6165