ILED

2019 SEP 26  PM 2: 59

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) I N D I C T M E N T |
| | ) |
| Plaintiff, | ) |
| | ) **4 : 19  CR  576** |
| v. | ) CASE NO._____ |
| | ) Title 18, United States Code, |
| JAMES P. REARDON, | ) Sections 875(c) and |
| | ) 924(c)(1)(A)(i) |
| Defendant. | ) |

JUDGE GAUGHAN

COUNT 1
(Transmitting a Threatening Interstate Communication, 18 U.S.C. §875(c))

The Grand Jury charges:

1. On or about July 11, 2019, in the Northern District of Ohio, Eastern Division,

Defendant JAMES P. REARDON did knowingly and willfully transmit in interstate and foreign

commerce a communication containing a threat to injure the person of another, to wit: patrons,

members, employees and visitors of the Jewish Community Center of Youngstown, in violation

of Title 18, United States Code Section 875(c).

COUNT 2
(Possession of a Firearm in Furtherance of a Crime of Violence,
18 U.S.C. § 924(c)(1)(A)(i))

The Grand Jury further charges:

2. From on or about July 11, 2019 to on or about August 16, 2019, in the Northern District

of Ohio, Eastern Division, Defendant JAMES P. REARDON did knowingly possess a firearm in

furtherance of a crime of violence for which he may be prosecuted in a court of the United

States, that is, transmitting a threatening interstate communication, in violation of Title 18,

United States Code, Section 875(c), as charged in Count 1 of this indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.

2