# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Criminal No.:  4:19-CR-576 |
| Plaintiff,    ) | |
| ) | |
| v.                 ) | JUDGE PATRICIA A. GAUGHAN |
| ) | |
| JAMES REARDON,        ) | |
| ) | **DEFENDANT'S UNOPPOSED MOTION** |
| Defendant.    ) | **TO CONTINUE PRETRIAL AND TRIAL** |
| ) | |

    Now comes the Defendant, James Reardon, by and through undersigned Counsel, and hereby respectfully moves this Honorable Court to continue the pretrial and trial beyond the seventy (70) day limit.  The case involves allegations of telecommunication threats and possessing a firearm.  The case has also involved a voluminous amount of discovery in the form of discs, which has required a significant amount of additional time to review and investigate prior to trial.  The parties have also been engaged in ongoing plea negotiations, and that additional time is required to further those negotiations.

    Mr. Reardon understands that pursuant to 18 U.S.C. Section 3161(h)(8) he is entitled to a trial within seventy (70) days after arraignment, or filing of the indictment, whichever occurs later in time.  Mr. Reardon also understand that this Honorable Court must make the necessary findings in order for a continuance to be justified.  Mr. Reardon further understands that the above-referenced Act excludes certain periods of time and specified circumstances, including, but not limited to, a delay resulting from a continuance granted by a Judge on his Motion or at the request of the Defendant or his counsel…if the Judge grants such a continuance on the basis on findings that the ends of justice served by taking such an action outweigh the best interests of the public

and the Defendant ends speedy trial.  18 U.S.C. Section 3161(h(8).

Mr. Reardon further understands that this Honorable Court may consider several factors in determining whether to grant a continuance, including, but not limited to, whether the granting of such a continuance in a proceeding would result in a miscarriage of justice.  Mr. Reardon recognizes that the above cited law also provides that when "the case is so unusual or so complex, due to the number Defendants, the nature of the prosecution, or the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for a pre-trial proceeding or for the trial itself within the time limits established by this Section."

Mr. Reardon also understands that additional time is required to continue the ongoing plea negotiations with the Government.  Upon discussion with the Assistant United States Attorney, David Toepfer, in this matter, the government has no objection or opposition to the within request for continuance.

**WHEREFORE**, the Defendant, James Reardon, by and through undersigned Counsel, respectfully moves this Honorable Court to continue the pretrial and trial in the above-captioned matter.

Respectfully submitted,

_____
**ROSS T. SMITH, #0079786**
Attorney for James Reardon
Huntington Bank Building
26 Market Street, Suite 610
Youngstown, OH 44503
Telephone:    (800) 457-9295
Facsimile:    (800) 910-6030
Email:        ross@rosssmithlaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that on January 6, 2020, a copy of foregoing Unopposed Motion to Continue Pretrial and Trial was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system.

                                   Respectfully submitted,

                                   _____
                                   **ROSS T. SMITH, #0079786**
                                   Attorney for James Reardon
                                   Huntington Bank Building
                                   26 Market Street, Suite 610
                                   Youngstown, OH 44503
                                   Telephone:   (800) 457-9295
                                   Facsimile:    (800) 910-6030
                                   Email:          ross@rosssmithlaw.com