IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 4:19CR576 |
| | ) | |
| Plaintiff, | ) | CHIEF JUDGE PATRICIA A. GAUGHAN |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES REARDON, | ) | GOVERNMENT'S MOTON TO REVOKE |
| | ) | FURLOUGH |
| Defendant. | ) | |

The United States of America, by and through its counsel, Justin E. Herdman, United States Attorney, and David M. Toepfer, Assistant United States Attorney, moving this Court to revoke its Order granting a furlough for Reardon to attend his grandmother's memorial service. (R. 37: Order, PageID 198).

For cause, Reardon represented to his counsel that he wished to attend the memorial services "to properly pay respects to his grandmother, and to return immediately to the Mahoning County Jail." (R. 36: Motion to Attend Memorial Service, PageID 195).

Based upon telephone calls recorded from the Mahoning County Jail where Reardon is being held, he does not intend to abide by the Court's order and is only using the memorial service as an excuse to obtain a furlough.

- On February 21, 2020, at approximately 9:46 a.m., Reardon told a female that he has to go the funeral or he won't get out of jail.

- On February 21, 2020, at approximately 11:25 a.m., Reardon told his mother that he does not want to go because it will be a bad experience and he does not want to be judged.

- On February 21, 2020, at approximately 4:21 p.m.., Reardon hinted to a friend that he would be at his friend Nick's house on the Saturday he gets out.

- On February 22, 2020, at approximately 3:21 p.m., Reardon told another friend that he will be going to his friend Nick's house on the Saturday he gets out.

In light of these telephone calls, it is apparent that Reardon does not have a genuine desire to "pay respects" to his grandmother and, instead, plans to use the furlough to visit with friends.  Therefore, the United States respectfully requests that the Court revoke its prior Order and rescind the previously authorized furlough.

Respectfully submitted,

JUSTIN E. HERDMAN
United States Attorney

By: /s/ David M. Toepfer
David M. Toepfer
Assistant United States Attorney
100 E. Federal Street, City Centre One:
Suite 325
Youngstown, OH 44503
(330) 740-6986/ (330) 746-0239 (Fax)
David.Toepfer@usdoj.gov