UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 4:19CR576 |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | JUDGE PATRICIA A. GAUGHAN |
| v. | ) | |
| | ) | ORDER |
| JAMES REARDON, | ) | |
| | ) | |
| Defendant(s), | ) | |

United States of America's Motion to Revoke Furlough of James Reardon on March 7, 2020 from 1:30 p.m. until 9:00 p.m. to attend his grandmother's memorial service is hereby GRANTED for all the reasons stated in the Government's motion.  Defendant's furlough is hereby REVOKED.

IT IS SO ORDERED.

 /s/Patricia A. Gaughan
PATRICIA A. GAUGHAN
UNITED STATES DISTRICT COURT
CHIEF JUDGE

DATE:   3/04/2020